## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **GREGORY ORLANDO GREEN**<br>**#A249-383-903** | **CIVIL ACTION NO. 1:26-CV-1166**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN CENTRAL LOUISIANA I C E**<br>**PROCESSING CENTER** | **MAGISTRATE JUDGE DAVID J.**<br>**AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 7] of the Magistrate Judge previously filed herein, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 3rd day of August 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE